# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ARIZONA HALL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19-CV-2529-SRC |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on self-represented plaintiff Arizona Hall, Jr.'s motion to set aside the judgment entered by the Court on March 16, 2020. After reviewing the grounds raised by plaintiff, the Court will decline to set aside the judgment of this Court. The Court concludes that plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion merely revisits old arguments. Plaintiff is therefore not entitled to reconsideration of the dismissal of his complaint, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to set aside the judgment is **DENIED**. [ECF No. 14]

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 16th day of April, 2020.

*SL R. CR*

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE